## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MECO CONSTRUCTORS, INC., : | |
|     Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | NO. 18-3180 |
| : | |
| TRAVELERS CASUALTY AND : | |
| SURETY COMPANY, : | |
|     Defendant. : | |

## **ORDER**

**AND NOW**, this __10th__ day of April, 2019, it is **ORDERED** that the Motion of Defendant Travelers Casualty and Surety Company to Dismiss Plaintiff's Complaint, or, in the Alternative, for a Stay of Proceedings (ECF No. 7) is **DENIED**.

                                              s/Anita B. Brody

                                      _____
                                      ANITA B. BRODY, J.

Copies **VIA ECF** on 4/10/2019